1154

No. 94–1142. GALANIS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–1144. FOOTE v. HATHAWAY. C. A. 2d Cir. Certiorari denied.

No. 94–1145. MILTON v. HULLAR ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–1149. SHELLEY v. TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 94–1150. KEENER v. EXXON CO., USA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–1152. SINGH v. CALIFORNIA WORKERS' COMPENSATION APPEALS BOARD ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–1153. LUCILLE v. CITY OF CHICAGO. C. A. 7th Cir. Certiorari denied.

No. 94–1155. HIATT v. INDIANA STATE STUDENT ASSISTANCE COMMISSION. C. A. 7th Cir. Certiorari denied.

No. 94–1156. WARD v. CITIBANK, N. A., ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 94–1157. CRAWFORD ET AL. v. PEE DEE FEDERAL SAVINGS BANK. Ct. App. S. C. Certiorari denied.

No. 94–1158. BROOKS ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 94–1159. CURTIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–1160. ROBERTSON v. BELL HELICOPTER TEXTRON, INC. C. A. 5th Cir. Certiorari denied.

No. 94–1162. MARSHALL v. COUNTY OF SAN BERNARDINO ET AL. C. A. 9th Cir. Certiorari denied.